TB/JG

March 17 2026

Jose Benjamin Manlapaz
6919 Chelsea Road,
McLean VA 22101

RECEIVED

MAR 2 0 2026

**U.S. Court of Appeals
Fourth Circuit**

T. Barton, Deputy Clerk
United States Court of Appeals
for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re:    United States v. Jose B. Manlapaz, No. 26-6247

Dear Mr. T Barton:

I am the pro se appellant in the above-captioned case.

I respectfully request confirmation whether the record transmitted from the
district court includes the following trial materials from the June 11, 2018
through June 21, 2018 proceedings:

1. prosecutor opening statement;
2. defense opening statement;
3. prosecutor closing argument;
4. defense closing argument;
5. rebuttal closing, if any;
6. charge conference;
7. the district court's oral reading of the jury instructions;
8. objections to jury instructions and the court's rulings thereon;
9. verdict-form discussion, if any;
10. written final jury instructions actually given to the jury;
11. proposed jury instructions submitted by both sides; and
12. any sealed instruction-related proceedings or filings.

I also respectfully request confirmation whether any transcript order covering
these materials has already been filed or docketed in connection with this
appeal.

I have reviewed both the Fourth Circuit docket and the district court docket
and have been unable to locate the above materials. Because the appeal is
proceeding under the informal briefing procedure, I am attempting to ensure
that the record is complete and accurate for meaningful appellate review.

If any of the listed materials were not included in the record transmitted to the
Court, I respectfully request guidance as to whether the Court's docket reflects

1

that supplementation must first be pursued in the district court under the applicable appellate rules.

Thank you for your attention to this matter.

Respectfully,

Jose B Manlapaz, Pro Se Defendant

PRESS FIRMLY TO SEAL

 

PRESS FI



**UNITED STATES POSTAL SERVICE** ®

PRIOR
MA

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many internation
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of



EXPECTED DELIVERY DAY: 03

USPS TRACKING® #

9505 5156 2435 6076 6103 1

# FLAT RATE EN
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

To schedule free Pac
scan the QR c



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2



USPS.COM/PI

This package is made from post-consumer waste. Please recycle - again.

Retail

**U.S. POSTAGE PAID**
PM
MC LEAN, VA 22101
MAR 17, 2026

23219                    **$11.95**

RDC 03     0 Lb 4.60 Oz     S2324D502529-55

UNITED STATES
POSTAL SERVICE

**FROM:**

**Jose B Manlapaz**
6919 Chelsea Road
McLean VA 22101

RECEIVED
U.S. MARSHALS

**TO:**

T. Barton Deputy Clerk
US Court of Appeals - 4th Circuit
4CCA
1100 East Main St. Suite 501
Richmond VA 23219

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail Express™ shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.