REC

APR 0 2 2026

U.S. Court of Appeals
Fourth Circuit

March 23 2026

Jose Benjamin Manlapaz
6919 Chelsea Road,
McLean VA 22101

T. Barton, Deputy Clerk
United States Court of Appeals
for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re:    United States v. Jose B. Manlapaz, No. 26-6247

Dear Mr. T Barton:

I am the pro se appellant in the above-captioned case.

I respectfully write to advise the Court that, after reviewing both the Fourth
Circuit docket and the district court docket, I was unable to locate certain
material portions of the June 11, 2018 through June 21, 2018 jury-trial
proceedings and related instruction materials, specifically:

1. prosecutor opening statement;
2. defense opening statement;
3. prosecutor closing argument;
4. defense closing argument;
5. rebuttal closing, if any;
6. charge conference;
7. the district court's oral reading of the jury instructions;
8. objections to jury instructions and the court's rulings thereon;
9. verdict-form discussion, if any;
10. written final jury instructions actually given to the jury;
11. proposed jury instructions submitted by both sides; and
12. any sealed instruction-related proceedings or filings.

I also reviewed the district court docket for co-defendant Diana Dela Cruz, Case
No. 1:17-cr-00115-AJT-2. I do not seek her entire file. Rather, I seek
identification of any Diana Dela Cruz materials, if any, that were filed in,
considered by, or otherwise form part of the district-court record relevant to my
appeal, including any materially related plea, statement-of-facts, cooperation,
warrant, status, or sealed proceedings or filings.

Consistent with the appellate rules, I first sought relief in the district court. On
March 18, 2026, I filed a motion to correct and supplement the record on

1

appeal and a motion for transcripts at government expense. On March 20, 2026, the district court denied both motions.

I am therefore filing in this Court a motion to correct and supplement the record, or alternatively for limited remand for record clarification, together with a motion for transcripts at government expense pursuant to 28 U.S.C. § 753(f).

I respectfully request that this correspondence be noted on the docket as a letter from the pro se appellant concerning the status of material record items relevant to appellate review.

Thank you for your assistance in this matter.

Respectfully submitted,

/s/ Jose B. Manlapaz
Jose B. Manlapaz
Pro Se Appellant

cc: Office of the United States Attorney

2

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,　　　　　）
　　　　　　　　　　　　　　　　　　）
　　Plaintiff-Appellee,　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　v.　　　　　　　　　　　　　）　　No. 26-6247
　　　　　　　　　　　　　　　　　　）
JOSE B. MANLAPAZ,　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　Defendant-Appellant.　　　　　　）

---

**APPELLANT'S MOTION TO CORRECT AND SUPPLEMENT THE RECORD, OR, IN THE ALTERNATIVE, FOR LIMITED REMAND FOR RECORD CLARIFICATION**

Appellant Jose B. Manlapaz, proceeding pro se, respectfully moves this Court to correct and supplement the record on appeal, or, in the alternative, to remand for the limited purpose of determining the status of material trial-record items and related co-defendant materials necessary to meaningful appellate review.

This motion is made pursuant to Fed. R. App. P. 10(e) and Fourth Circuit Local Rule 10(d).

In support, Appellant states as follows:

1

1. This appeal arises from the denial of relief under 28 U.S.C. § 2255.

2. Appellant timely filed his informal brief on March 2, 2026.

3. Under Fourth Circuit Local Rule 34(b), Appellee was permitted, but not required, to file an informal response brief within 14 days after service of Appellant's informal brief. Appellant has monitored the docket and, as of the date of this motion, has not seen any informal response brief filed by Appellee.

4. Because this appeal may proceed on Appellant's informal brief, the record, and other relevant documents, the completeness and accuracy of the appellate record is especially important.

5. After reviewing both the Fourth Circuit docket and the district court docket, Appellant was unable to locate certain material portions of the June 11, 2018 through June 21, 2018 jury-trial proceedings and related instruction materials.

6. The materials Appellant has been unable to locate are:

2

a. prosecutor opening statement;

b. defense opening statement;

c. prosecutor closing argument;

d. defense closing argument;

e. rebuttal closing, if any;

f. charge conference;

g. the district court's oral reading of the jury instructions;

h. objections to jury instructions and the court's rulings thereon;

i. verdict-form discussion, if any;

j. written final jury instructions actually given to the jury;

k. proposed jury instructions submitted by both sides; and

l. any sealed instruction-related proceedings or filings.

7. These materials are material to the issues on appeal because they concern the arguments presented to the jury, the jury-charge process, preservation of objections, the content of the instructions actually given, and the completeness and accuracy of the record before this Court.

8. Appellant also reviewed the defendant-specific district court docket for co-defendant Diana Dela Cruz, Case No. 1:17-cr-00115-AJT-2. That docket

3

reflects that Count 1 remained pending as to Diana Dela Cruz, that an arrest warrant issued, and that there was no sentencing date for that defendant.

9. Appellant also reviewed the defendant-specific district court docket for co-defendant Diana Dela Cruz, Case No. 1:17-cr-00115-AJT-2. Appellant does not seek Diana Dela Cruz's entire file. Rather, Appellant seeks only those Diana Dela Cruz materials, if any, that were filed in, considered by, or otherwise form part of the district-court record relevant to Appellant's appeal, including any filed, sealed, or otherwise retrievable materials bearing on:

    a. the conspiracy charge;

    b. the government's theory of Appellant's role and Diana Dela Cruz's role;

    c. any statement of facts, plea-related filing, cooperation-related filing, warrant-related filing, or order;

    d. any hearing, proceeding, or filing that was relied on by the district court or the government in connection with the issues presented on appeal; and

4

e.  any sealed or restricted materials concerning Diana Dela Cruz that are part of, incorporated into, or material to the record relevant to Appellant's case.

10. The June 20, 2018 trial minute entry reflected on the co-defendant docket shows, among other things, that jurors were charged, closing arguments were heard, attachments included "jury inst 1," "forfeiture jury inst," and "jury questions," and Court Reporter R. Montgomery was identified for that trial day.

11. Consistent with Fourth Circuit Local Rule 10(b) and 10(d), Appellant first sought relief in the district court.

12. On March 18, 2026, Appellant filed in the district court:

a.  A Pro Se Motion to Correct the Record on Appeal, E.D. Va. Doc. 317; and

b.  A Pro Se Motion for Transcripts at Government Expense, E.D. Va. Doc. 318.

13. On March 20, 2026, the district court denied both motions. E.D. Va. Doc. 319.

14. The district court's order denied the motions without identifying whether the requested materials exist, whether the relevant proceedings were recorded, whether transcripts already exist, whether any materials were omitted from the record by error or accident, whether any responsive materials exist in sealed form, or whether any requested transcript is unavailable.

15. Fed. R. App. P. 10(e)(2) provides that if anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded by the district court before or after the record has been forwarded, or by the court of appeals.

16. Fourth Circuit Local Rule 10(d) further provides that although disputes concerning the accuracy or composition of the record should be resolved in the trial court in the first instance, this Court has the power, either on motion or on its own accord, to require that the record be corrected or supplemented.

17. Appellant does not ask this Court to assume that the requested materials exist or were omitted. Appellant respectfully asks this Court to require clarification of the status of those materials and, if they exist and were omitted, to direct correction and supplementation of the record.

WHEREFORE, Appellant respectfully requests that this Court:

A. Order correction and supplementation of the record to include any of the following materials that exist and were omitted from the record on appeal:

   1. prosecutor opening statement;

   2. defense opening statement;

   3. prosecutor closing argument;

   4. defense closing argument;

   5. rebuttal closing, if any;

   6. charge conference;

   7. the district court's oral reading of the jury instructions;

   8. objections to jury instructions and the court's rulings thereon;

   9. verdict-form discussion, if any;

   10. written final jury instructions actually given to the jury;

   11. proposed jury instructions submitted by both sides; and

7

12. any sealed instruction-related proceedings or filings;

B. Direct the district clerk and/or the responsible court reporter(s) to identify whether the above materials exist, whether the relevant proceedings were recorded, whether transcripts already exist, and whether any such materials exist in sealed form;

C. Direct that any existing written jury-instruction materials, verdict-form materials, objections, rulings, jury questions, forfeiture-instruction materials, or sealed instruction-related materials be transmitted as a supplemental record;

D. Direct the district clerk to identify any Diana Dela Cruz materials, if any, that were filed in, considered by, or otherwise form part of the district-court record relevant to Appellant's appeal, including any filed, sealed, or otherwise retrievable materials concerning the conspiracy charge, warrant status, statement of facts, plea-related matters, cooperation-related matters, or any proceeding or filing materially connected to the issues on appeal;

8

E. Direct that any such Diana Dela Cruz materials that exist and are part of, incorporated into, or material to the record relevant to Appellant's appeal be transmitted as part of a supplemental record; or

F. In the alternative, remand this matter for the limited purpose of clarifying the status of the above-listed materials and conforming the record accordingly.

Respectfully submitted this 23ʳᵈ day of March, 2026.


/s/ Jose Benjamin Manlapaz
Jose Benjamin Manlapaz, Pro Se Defendant
6919 Chelsea Rd, McLean VA 22101
240-746-5878 CP,
ben.manlapaz888@gmail.com

9

## CERTIFICATE OF SERVICE

I certify that I mailed a true and correct copy of the foregoing **APPELLANT'S MOTION TO CORRECT AND SUPPLEMENT THE RECORD, OR, IN THE ALTERNATIVE, FOR LIMITED REMAND FOR RECORD CLARIFICATION** and **APPELLANT'S MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE PURSUANT TO 28 U.S.C. § 753(f)** to:

Lindsey Halligan, United States Attorney
Meredith Clement, Special Assistant United States Attorney
Jack A. Morgan, Assistant United States Attorney
US Attorney's Office (Alexandria–NA)
2100 Jamieson Avenue
Alexandria VA 22314

T. Barton, Deputy Clerk
United States Court of Appeals
for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Respectfully submitted this 23rd day of March, 2026.

By: Jose Benjamin Manlapaz
Pro Se Defendant

# EXHIBIT

# A

Exhibit A — EDVA Doc. 317, filed March 18, 2026



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

UNITED STATES OF AMERICA

Plaintiff,

Vs.

Jose Benjamin Manlapaz

Pro Se Defendant

Criminal Case No: 1:17-CR-00115-AJT

In re: Post-Conviction Record Access Related §2255
Civil Case No: 1:25-CV-01623-AJT

---

## DEFENDANT-MOVANT'S MOTION TO CORRECT AND SUPPLEMENT

## THE RECORD ON APPEAL

Defendant-Movant Jose B. Manlapaz, proceeding pro se, respectfully moves to correct and

supplement the record on appeal in Fourth Circuit Case No. 26-6247. This motion is made

pursuant to Federal Rule of Appellate Procedure 10(e) and Fourth Circuit Local Rule 10(d).

In support, Movant states as follows:

1. Movant has a pending appeal in the United States Court of Appeals for the Fourth

Circuit, No. 26-6247, arising from the denial of relief under 28 U.S.C. § 2255.

2. The record on appeal includes the original papers and exhibits filed in the district court,

the transcript of proceedings, if any, and a certified copy of the docket entries. Fed. R.

App. P. 10(a).

1

3. Federal Rule of Appellate Procedure 10(e)(1) provides that if any difference arises about whether the record truly discloses what occurred in the district court, the difference must be submitted to and settled by that court and the record conformed accordingly.

4. Federal Rule of Appellate Procedure 10(e)(2) further provides that if anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded.

5. Fourth Circuit Local Rule 10(b) provides that questions concerning the form or content of the record should be addressed to the trial forum in the first instance, and Local Rule 10(d) provides that disputes concerning the accuracy or composition of the record on appeal should be resolved in the trial court in the first instance.

6. After reviewing the Fourth Circuit docket and the district court docket, Movant has been unable to locate the following material portions of the June 11, 2018 through June 21, 2018 jury-trial proceedings and related instruction materials:

> a. prosecutor opening statement;
>
> b. defense opening statement;
>
> c. prosecutor closing argument;
>
> d. defense closing argument;
>
> e. rebuttal closing, if any;
>
> f. charge conference;
>
> g. the Court's oral reading of the jury instructions;
>
> h. objections to jury instructions and the Court's rulings thereon;
>
> i. verdict-form discussion, if any;

2

j. written final jury instructions actually given to the jury;

k. proposed jury instructions submitted by both sides; and

l. any sealed instruction-related proceedings or filings.

7. These materials are material to the issues on appeal because they concern the arguments presented to the jury, the jury-charge process, preservation of objections, the content of the instructions actually given, and the completeness and accuracy of the record before the Court of Appeals.

8. The Fourth Circuit has already requested transmission of the record in this case, including sealed and highly sensitive portions. To the extent the materials identified above exist but were omitted from the record transmitted, they should be identified, corrected, and forwarded as a supplemental record.

9. To the extent any of the above-listed proceedings were recorded but not transcribed, Movant requests that the Court direct the Clerk and/or the responsible court reporter(s) to identify the reporter(s), identify the existence of recordings or notes, and facilitate preparation of the necessary transcript portions pursuant to the applicable appellate transcript procedures.

10. To the extent any transcript of a requested proceeding is unavailable, Movant requests leave, if necessary, to proceed under Federal Rule of Appellate Procedure 10(c) by preparing a statement of the evidence or proceedings from the best available means.

WHEREFORE, Movant respectfully requests that this Court:

A. determine whether the following materials exist in the district court record, in transcript form, in reporter notes or recordings, in sealed form, or in any other retrievable form:

3

    1. prosecutor opening statement;

    2. defense opening statement;

    3. prosecutor closing argument;

    4. defense closing argument;

    5. rebuttal closing, if any;

    6. charge conference;

    7. the Court's oral reading of the jury instructions;

    8. objections to jury instructions and rulings thereon;

    9. verdict-form discussion, if any;

    10. written final jury instructions actually given to the jury;

    11. proposed jury instructions from both sides; and

    12. any sealed instruction-related proceedings or filings;

B. direct that any such materials omitted from the record on appeal be corrected and supplemented pursuant to Fed. R. App. P. 10(e) and Fourth Circuit Local Rule 10(d);

C. direct the Clerk and/or the responsible court reporter(s) to identify the court reporter(s) for the relevant proceedings during the June 11, 2018 through June 21, 2018 trial;

D. direct that any existing written jury-instruction materials, verdict-form materials, objections, rulings, and sealed instruction-related materials be included in a supplemental record to the Court of Appeals;

E. grant Movant leave, if necessary, to proceed under Fed. R. App. P. 10(c) as to any proceeding for which a transcript is unavailable; and

F. grant such other and further relief as the Court deems just and proper.

4

Respectfully submitted this ___17th___ day of ___March___, 2026.


/s/ Jose Benjamin Manlapaz

Jose Benjamin Manlapaz, Pro Se Defendant

6919 Chelsea Rd, McLean VA 22101

240-746-5878 CP,

ben.manlapaz888@gmail.com


## PRO SE CERTIFICATION (No Undisclosed Assistance)

### LOCAL RULE 57.4 (CRIMINAL) / LOCAL CIVIL RULE 83.1(M) CERTIFICATION

I certify that I am proceeding without counsel. This filing was prepared and submitted by me without paid or undisclosed attorney assistance. If I received limited help (typing, formatting, or clerical assistance), such help did not involve legal representation.

Respectfully submitted this ___17th___ day of ___March___, 2026.


/s/ Jose Benjamin Manlapaz

Jose Benjamin Manlapaz, Pro Se Defendant

# EXHIBIT

# B

Exhibit B — EDVA Doc. 318, filed March 18, 2026

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division



UNITED STATES OF AMERICA

Plaintiff,

Vs.

Jose Benjamin Manlapaz

Pro Se Defendant

Criminal Case No: 1:17-CR-00115-AJT

In re: Post-Conviction Record Access Related §2255
Civil Case No: 1:25-CV-01623-AJT

---

## DEFENDANT-MOVANT'S MOTION FOR TRANSCRIPTS AT GOVERNMENT

## EXPENSE PURSUANT TO 28 U.S.C. § 753(f)

Defendant-Movant Jose B. Manlapaz, proceeding pro se and in forma pauperis, respectfully

moves for an order authorizing preparation of certain trial transcript portions at government

expense pursuant to 28 U.S.C. § 753(f), for use in his pending appeal in the United States Court

of Appeals for the Fourth Circuit, No. 26-6247, arising from the denial of relief under 28 U.S.C.

§ 2255.

In support, Movant states as follows:

1. Movant is proceeding pro se and in forma pauperis in Fourth Circuit Case No. 26-
6247.

2. The governing appellate rules place on the appellant the duty to order transcript of all

parts of the proceedings material to the issues to be raised on appeal. See Fed. R. App. P.

10(b); 4th Cir. Loc. R. 10(c).

1

3. Movant has reviewed the available Fourth Circuit docket and the district court docket and has been unable to locate certain material portions of the June 11, 2018 through June 21, 2018 jury-trial proceedings.

4. The transcript portions and related proceedings sought are:

a. prosecutor opening statement;

b. defense opening statement;

c. prosecutor closing argument;

d. defense closing argument;

e. rebuttal closing, if any;

f. charge conference;

g. the Court's oral reading of the jury instructions;

h. objections to jury instructions and the Court's rulings thereon;

i. verdict-form discussion, if any; and

j. any sealed instruction-related proceedings.

5. In addition, Movant seeks access to or identification of the following written record materials to the extent separately filed, lodged, sealed, or maintained:

a. written final jury instructions actually given to the jury;

b. proposed jury instructions submitted by both sides; and

c. any sealed instruction-related filings, orders, objections, or rulings.

6. These materials are material to the issues presented on appeal and are needed for meaningful appellate review. The appeal is proceeding on an informal brief schedule under Fourth Circuit Local Rule 34(b), and the Court of Appeals may consider the appeal

2

on the informal brief, the record, and other relevant documents. A complete and accurate record is therefore essential.

7. The requested materials bear directly on matters including, without limitation, the content and delivery of jury instructions, preservation of objections, rulings made during charge proceedings, the scope of arguments presented to the jury, and whether the record transmitted on appeal is complete and accurate.

8. Under 28 U.S.C. § 753(f), fees for transcripts furnished in proceedings brought under 28 U.S.C. § 2255 to a person permitted to sue or appeal in forma pauperis shall be paid by the United States if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented.

9. Movant respectfully submits that the pending appeal is not frivolous and that the requested transcript portions are needed to decide the issues presented and to permit full and fair appellate review.

**WHEREFORE,** Movant respectfully requests that this Court:

A. certify, pursuant to 28 U.S.C. § 753(f), that the pending appeal is not frivolous and that the requested transcript portions are needed to decide the issues presented;

B. authorize preparation at government expense of the following transcript portions from the June 11, 2018 through June 21, 2018 trial proceedings:

1. prosecutor opening statement;

2. defense opening statement;

3. prosecutor closing argument;

4. defense closing argument;

5. rebuttal closing, if any;

3

6. charge conference;

7. the Court's oral reading of the jury instructions;

8. objections to jury instructions and rulings thereon;

9. verdict-form discussion, if any; and

10. any sealed instruction-related proceedings;

C. direct the Clerk and/or court reporter(s) to identify whether those proceedings were recorded,

whether transcripts already exist, and the reporter(s) responsible for the relevant trial dates; and

D. grant such other and further relief as the Court deems just and proper.

Respectfully submitted this _17th_ day of _March_, 2026.

/s/ Jose Benjamin Manlapaz

Jose Benjamin Manlapaz, Pro Se Defendant

6919 Chelsea Rd, McLean VA 22101

240-746-5878 CP,

ben.manlapaz888@gmail.com

## PRO SE CERTIFICATION (No Undisclosed Assistance)

### LOCAL RULE 57.4 (CRIMINAL) / LOCAL CIVIL RULE 83.1(M) CERTIFICATION

I certify that I am proceeding without counsel. This filing was prepared and submitted by me without paid or undisclosed attorney assistance. If I received limited help (typing, formatting, or clerical assistance), such help did not involve legal representation.

Respectfully submitted this _17th_ day of _March_, 2026.

/s/ Jose Benjamin Manlapaz

Jose Benjamin Manlapaz, Pro Se Defendant

4

# EXHIBIT

# C

Exhibit C — EDVA Doc. 319, entered March 20, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA          )
                                  )
v.                                )          Case No. 1:17-cr-0115 (AJT)
                                  )
JOSE BENJAMIN MANLAPAZ,           )
                                  )
            Defendant.            )
                                  )
_____)

## ORDER

Before the Court are Defendant's Motion to Correct and Supplement the Record on Appeal, [Doc. No. 317] and Defendant's Motion for Transcripts at Government Expense Pursuant to 28 U.S. Code § 753, [Doc. No. 318], (collectively "the Motions"), upon consideration of which, it is hereby

**ORDERED** that the Motions be, and the same hereby are, DENIED.

The Clerk is directed to forward a copy of this Order to all counsel of record and to *pro se* Defendant Jose Benjamin Manlapaz.

Alexandria, Virginia
March 20, 2026

Anthony J. Trenga
Senior U.S. District Judge

# EXHIBIT

# D

Exhibit D — Case No. 1:17-cr-00115-AJT-2

Diana Dela Cruz District Court Docket Report

Relevant entries concerning pending count status, arrest warrant, lack of sentencing date, and June 20, 2018 / June 21, 2018 trial minute entry with jury-instruction attachments and court reporter identification

Query    Reports    Utilities    Help    Log Out

# U.S. District Court
# Eastern District of Virginia - (Alexandria)
# CRIMINAL DOCKET FOR CASE #: 1:17-cr-00115-AJT-2

Case title: USA v. Manlapaz et al                Date Filed: 05/24/2017

Assigned to: District Judge
Anthony J Trenga

## Defendant (2)
**Diana Dela Cruz**

| Pending Counts | Disposition |
|---|---|
| 18:371 Conspiracy (FORFEITURE) (1) | |

**Highest Offense Level (Opening)**
Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| Complaints | Disposition |
|---|---|
| None | |

## Interested Party

**Christina F. Frayna Manlapaz**    represented by    **Robert Lee Jenkins , Jr.**
Bynum & Jenkins PLLC
1010 Cameron Street
Alexandria, VA 22314
703-309-0899
Fax: 703-549-7701

Email:
rjenkins@bynumandjenkinslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Plaintiff**

**USA**                    represented by **Katherine Wong**
US Attorney's Office (Alexandria-
NA)
2100 Jamieson Avenue
Alexandria, VA 22314
**NA**
703-299-3700
Email:
Katherine.L.Wong@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

**Karen Ledbetter Taylor**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
NA
703 299-3700
Email: Karen.Taylor2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Kimberly Riley Pedersen**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703)299-3700
Email:
kimberly.riley.pedersen@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Kristina Srica**
US Attorney's Office (Alexandria-
NA)
2100 Jamieson Avenue
Alexandria, VA 22314
NA
703-299-3700
Email: kristina.srica3@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Laura Michelle Grimes**
United States Attorney's Office -
Norfolk
101 W Main St
Suite 8000
Norfolk, VA 23510
(757) 441-6331
Email: laura.grimes@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2018 | 61 | SUPERSEDING INDICTMENT as to Jose Benjamin Manlapaz (1) count(s) 1s, 2s-28s, 29s, 30s-34s, Diana Dela Cruz (2) count(s) 1. (pmil, ) (Entered: 03/16/2018) |
| 03/15/2018 | 65 | Redacted Criminal Case Cover Sheet (pmil, ) (Entered: 03/16/2018) |
| 03/19/2018 | 70 | Redacted Criminal Case Cover Sheet (pmil, ) (Entered: 03/19/2018) |
| 03/19/2018 | 72 | Arrest Warrant Issued in case as to Diana Dela Cruz. (pmil, ) (Entered: 03/19/2018) |
| 03/25/2018 | 73 | MOTION for Bond *Review and Reconsideration* by Jose Benjamin Manlapaz as to Jose Benjamin Manlapaz, Diana Dela Cruz. (Iweanoge, John) (Entered: 03/25/2018) |
| 03/25/2018 | 74 | Notice of Hearing Date *Friday March 30, 2018 at 9am* re 73 MOTION for Bond *Review and Reconsideration* by Jose Benjamin Manlapaz (Iweanoge, John) (Entered: 03/25/2018) |
| 03/27/2018 | 75 | **AMENDED ORDER** - With respect to the jury trial in this case scheduled to begin on June 11, 2018, the Court orders as follows:I. On **Monday, June 11, 2018** , Court will convene at **9:00 a.m.** ; the trial will begin with jury selection at 10:00 a.m. If the case requires more than one day, beginning on **Tuesday, June 12, 2018** and through the remainder of the trial, the Court will begin trial at 9:30 a.m., although **counsel should be present by 9:00 a.m.** , unless otherwiseinformed by the Court. Subject to the exigencies of the case the Court will take a lunch recess from 1:00 p.m. to 2:00 p.m. and recess between 5:30 p.m. and 6:00 p.m. daily; and, the Court will not conduct the trial on Fridays, although the jury will be permitted to deliberate on Fridays (see Order for details). Signed by District Judge Anthony J Trenga on 03/27/18. (pmil, ) (Entered: 03/27/2018) |
| 03/29/2018 | 76 | RESPONSE in Opposition by USA as to Jose Benjamin Manlapaz, Diana Dela Cruz re 73 MOTION for Bond *Review and Reconsideration* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 |

| | | |
|---|---|---|
| | | Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Wong, Katherine) (Entered: 03/29/2018) |
| 03/29/2018 | 78 | Consent MOTION to Continue *Bond Review Hearing* by Jose Benjamin Manlapaz as to Jose Benjamin Manlapaz, Diana Dela Cruz. (Iweanoge, John) (Entered: 03/29/2018) |
| 03/29/2018 | 79 | Subpoenas issued (pmil, ) (Entered: 03/30/2018) |
| 03/30/2018 | 80 | ORDER that the Deft's 78 Consent Motion to Continue the Hearing Date to 04/03/18 at 2pm is hereby **GRANTED** ; the Bond Review Hearing is continued to 04/03/18 at 2 pm as to Jose Benjamin Manlapaz (1). Signed by District Judge Anthony J Trenga on 03/30/18. (pmil, ) (Entered: 03/30/2018) |
| 04/27/2018 | 83 | MOTION to Dismiss *Superseding Indictment* by Jose Benjamin Manlapaz as to Jose Benjamin Manlapaz, Diana Dela Cruz. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Iweanoge, John) (Entered: 04/27/2018) |
| 05/10/2018 | 87 | ORDER that the parties' 86 Joint Motion to Vacate Hearing Date on Motion to Compel and Related Deadlines be, and the same hereby is, GRANTED; the hearing on the Govt's Motion to Compel Disclosure of Information and Records Relevant to Deft's Motion to Dismiss [Doc. No. 84], currently scheduled for Friday, 05/11/18 at 9:00 a.m. be, and the same hereby is, CONTINUED to **Tuesday, 05/15/18 at 10:00 a.m.** as to Jose Benjamin Manlapaz (1). Signed by District Judge Anthony J Trenga on 05/10/18. (pmil, ) (Entered: 05/10/2018) |
| 06/08/2018 | 109 | Minute Entry for proceedings held before District Judge Anthony J Trenga:<br>Motion Hearing as to Jose Benjamin Manlapaz (1) held on 6/8/2018 re 88 Amended MOTION to Dismiss *Superseding indictment* filed by Jose Benjamin Manlapaz, 95 MOTION for Leave to File filed by Jose Benjamin Manlapaz and [95-1] MOTION to Suppress filed by Jose Benjamin Manlapaz.<br>USA appeared through; Kimberly Pedersen and Katherine Wong.<br>Deft. appeared w/Counsel; John Iweanoge.<br>The defense adduced evidence and rests. The government adduced evidence and rests.<br>Parties argue the motions.<br>The deft.s Amended Motion to Dismiss 88 is DENIED.<br>The deft.s Motion for Leave to File 95 is GRANTED IN PART and DENIED IN PART.<br>The deft.s Motion to Suppress [95-1] is DENIED.<br>Order to follow.<br>(Court Reporter R. Montgomery.)<br>(jall) (Entered: 06/08/2018) |
| 06/20/2018 | 133 | Minute Entry for proceedings held before District Judge Anthony J Trenga: |

| | | |
|---|---|---|
| | | Day 7 of the Jury Trial as to Jose Benjamin Manlapaz (1) held on 6/20/2018.<br>Parties appeared as previous. Jurors appeared as previous.<br>Jurors begin their deliberations at 9:30 a.m.<br>At 11:20 the Jury sends in 2 questions. At 11:56 the Jury advised that they resolved their questions and have reached a verdict.<br>At 11:56 a.m. the Jury returns with a verdict of GUILTY as to Jose Benjamin Manlapaz (1) on Counts 1 through 34 of the Superseding Indictment.<br>Jury polled. Jury verdict filed in open court.<br>The defendant advised he wants to move forward with the Forfeiture Jury Trial. The Jurors are informed that the government needs to present another witness before the Jury can proceed.<br>Jurors excused to return at 2:00.<br>Government adduced evidence and rests.<br>Jurors charged. Closing arguments heard. Jurors retired to deliberate at 4:28 p.m.<br>At 5:10 p.m. the Jury returns with a verdict that the defendant, Jose Benjamin Manlapaz (1), does forfeit all proceeds as to Counts 1 and 29 through 34 of the Superseding Indictment.<br>Jury polled. Jury verdict filed in open court. Jurors excused at 5:18 p.m.<br>Defense requests an extension of time to file his Rule 29 Motion for Acquittal and Motion for a new trial.Granted - the Courts gives the defense 28 days to file.<br>**SENENCING** set for 9/28/2018 at 9:00 AM in Alexandria Courtroom 701 before District Judge Anthony J Trenga.<br>(Attachments: # 1 govt ex list, # 2 govt wit list, # 3 jury inst 1, # 4 forf jury inst, # 5 jury ques)<br>(Court Reporter R. Montgomery.)<br>(jall) (Entered: 06/21/2018) |
| 06/25/2018 | | Terminate Deadlines and Hearings as to Diana Dela Cruz (2): there is no sentencing date for this deft.<br>(jall) (Entered: 06/25/2018) |
| 07/18/2018 | 139 | MOTION for Acquittal *and New Trial* by Jose Benjamin Manlapaz as to Jose Benjamin Manlapaz, Diana Dela Cruz. (Iweanoge, John) (Entered: 07/18/2018) |
| 08/20/2018 | 141 | ORDER that the date for filing the United States' response to deft's motion for judgment of acquittal and a new trial be extended to 08/31/18 as to Jose Benjamin Manlapaz (1). Signed by District Judge Anthony J Trenga on 08/20/18. (pmil, ) (Entered: 08/20/2018) |
| 09/24/2018 | 148 | ORDER that Deft Benjamin Manlapaz's 139 Motion for Judgment of Acquittal and/or New Trial be, and the same hereby is, DENIED as to Jose Benjamin Manlapaz (1). Signed by District Judge Anthony J Trenga on 09/24/18. (pmil, ) (Entered: 09/24/2018) |

| 10/31/2018 | 163 | USCA Case Number 18-4793 4th Circuit, Case Manager E. Borneisen for 161 Notice of Appeal - Final Judgment filed by Jose Benjamin Manlapaz. (rban, ) (Entered: 10/31/2018) |
| --- | --- | --- |
| 11/05/2018 | 166 | ORDER that the deft's 164 Consent Motion to Waive his Appearance at the December 7, 2018 Restitution Hearing be, and the same hereby is, GRANTED; the Motion currently scheduled for Friday, 11/09/18 at 9:00 a.m. be, and the same hereby is, CANCELLED as to Jose Benjamin Manlapaz (1). Signed by District Judge Anthony J Trenga on 11/05/18. (pmil, ) (Entered: 11/05/2018) |
| 11/16/2018 | 167 | TRANSCRIPT ORDER ACKNOWLEDGMENT re: 161 Notice of Appeal - Final Judgment (pmil, ) (Entered: 11/16/2018) |
| 01/29/2019 | 177 | NOTICE OF ATTORNEY APPEARANCE Karen Ledbetter Taylor appearing for USA. (Taylor, Karen) (Entered: 01/29/2019) |
| 03/08/2019 | 181 | REVISED TRANSCRIPT ORDER ACKOWLEDGMENT re: 161 Notice of Appeal - Final Judgment, 172 Notice of Appeal.(pmil, ) (Entered: 03/08/2019) |
| 09/11/2020 | 225 | MOTION to Withdraw as Attorney by John O Iweanoge, II. by Jose Benjamin Manlapaz as to Jose Benjamin Manlapaz, Diana Dela Cruz. (Iweanoge, John) (Entered: 09/11/2020) |
| 10/22/2021 | 239 | Letter from Jose B. Manlapaz requesting copies of the court dockets. (Attachments: # 1 Envelope) (dvanm, ) (Entered: 10/25/2021) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 01/12/2022 16:20:01 | | | |
| PACER Login: | benmanlapaz888 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:17-cr-00115-AJT |
| Billable Pages: | 4 | Cost: | 0.40 |



Y®

**FROM:**

**Jose B Manlapaz**
6919 Chelsea Road
McLean VA 22101

...tinations.

**RECEIVED
U.S. MARSHALS**

**TO:**

TBarton Deputy Clerk
US Court of Appeals for the
Fourth Circuit
1100 East Main St. Suite 501
Richmond VA 23219

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service: October 2023: All rights reserved.



**P** US POSTAGE PAID
**$11.95**
Origin: 22044
03/23/26
5131300174-8

**PRIORITY MAIL®**

0 Lb 9.50 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 03/25/26

C003

SHIP
TO:

STE 501
1100 E MAIN ST
RICHMOND VA 23219-3538



USPS TRACKING® #

9505 5131 4772 6082 0286 92

■ Expected delivery date specified for domestic use.
■ Domestic shipments include $100 of insurance (restric...
■ USPS Tracking® service included for domestic and many Intern...
■ Limited international insurance.**
■ When used internationally, a customs declaration form is require...

*Insurance does not...
Domestic Mail Man...
** See Internation...

**FLAT R**
ONE RATE ■

**TRACKED ■ INSURED**





PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.